UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Carolyn Cole and Molly Hennessy-Fiske, | Court File No. 21-CV-01282 (PJS/DLM) |
| Plaintiffs, | |
| vs. | |
| Joseph Dwyer, Ben Lockman, Michael Eck, and Jason Engeldinger, *acting in their individual capacities as sworn officers of the Minnesota State Patrol*, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |

WHEREAS, the above-entitled action has been fully compromised and settled as to the claims by Plaintiffs Carolyn Cole and Molly Hennessy-Fiske against Defendants Joseph Dwyer, Ben Lockman, Michael Eck, and Jason Engeldinger,

NOW THEREFORE, it is hereby stipulated and agreed, by and between Plaintiffs Carolyn Cole and Molly Hennessy-Fiske against Defendants Joseph Dwyer, Ben Lockman, Michael Eck, and Jason Engeldinger, that the above-entitled matter, together with all causes of action and claims that were or that might have been alleged therein, is dismissed on the merits and with prejudice as to Defendants, and without any fees or costs to any party.

Dated: _April 1, 2024_____      ROBINS KAPLAN LLP

 /s/ Andrew J. Noel_____
Robert Bennett, #6713
Andrew J. Noel, #322118
Kathryn H. Bennett, #0392087
Marc E. Betinsky, #0388414
Greta A. Wiessner, #0401130
800 LaSalle Ave, Suite 2800
Minneapolis, MN 55402
Telephone: 612-349-8500
rbennett@robinskaplan.com
anoel@robinskaplan.com
kbennett@robinskaplan.com
mbetinsky@robinskaplan.com
gwiessner@robinskaplan.com

ATTORNEY FOR PLAINTIFFS

Dated: _April 5, 2024_____      KEITH ELLISON
Attorney General
State of Minnesota

 /s/ Joe Weiner_____
JOSEPH WEINER
Assistant Attorney General
Atty. Reg. No. 0389181
445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 757-1431 (Voice)
(651) 282-5832 (Fax)
Joseph.weiner@ag.state.mn.us

ATTORNEY FOR DEFENDANTS