UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Carolyn Cole and Molly Hennessy-Fiske, | Court File No. 21-CV-01282 (PJS/DLM) |
| Plaintiffs, | |
| vs. | |
| Joseph Dwyer, Ben Lockman, Michael Eck, and Jason Engeldinger, *acting in their individual capacities as sworn officers of the Minnesota State Patrol*, | **[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |

Based upon the Stipulation for Dismissal with Prejudice submitted by the parties to this matter,

IT IS HEREBY ORDERED that Plaintiffs Caroly Cole's and Molly Hennessey-Fiske's claims in this matter against Defendants Joseph Dwyer, Ben Lockman, Michael Eck, and Jason Engeldinger are dismissed with prejudice and without an award of costs or fees to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: _____                    _____
                                            PATRICK J. SCHILTZ
                                            United States District Judge